RECEIVED
UNITED STATES MARSHAL
05 NOV 29 AM 10: 59

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
November 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
              ) Case No. 2:90CR00336-001
        Plaintiff, )
v.            ) ORDER FOR RELEASE OF
              ) PERSON IN CUSTODY
DONALD BREEN, )
              )
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD BREEN , Case No.  2:90CR00336-001 , Charge  18:3606 Petition Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔    Release on Personal Recognizance

___  Bail Posted in the Sum of $___

        ___  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

        ___  (Other)    ___

Issued at  Sacramento, CA  on  November 29, 2005  at  10:20 am .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal