**FILED**
February 28, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>    Plaintiff, )<br>v.          )<br>          )<br>DONALD BREEN,     )<br>          )<br>    Defendant.     ) | Case No. 2:90-CR-336 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD BREEN , Case No.  2:90-CR-336 LKK , Charge  18:3606 - Probation Violation , from custody for the following reasons:

  ✔ Release on Personal Recognizance/Time served.

  ___ Bail Posted in the Sum of $___

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

  ✔ (Other) Time served with release to the Effort.

Issued at  Sacramento, CA  on  February 28, 2006  at 10:13 a.m. .

            By /s/ Lawrence K. Karlton
              Lawrence K. Karlton
              United States District Judge

Original - U.S. Marshal