RECEIVED
UNITED STATES MARSHAL

06 MAR -1  AM 11: 29

[EASTERN DISTRICT] OF CALIFORNIA

**FILED**

MAR - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:90-CR-336 LKK
          Plaintiff,      )
                          )
v.                        )   AMENDED
                          )   ORDER FOR RELEASE OF
DONALD BREEN,             )   PERSON IN CUSTODY
                          )
          Defendant.      )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DONALD BREEN, Case No. 2:90-CR-336 LKK, Charge 18:3606 - Probation Violation, from custody for the following reasons:

✔   Release on Personal Recognizance/Time served at approximately 8:00 A.M. on March 2, 2006.

___ Bail Posted in the Sum of $____

   ___ Unsecured Appearance Bond

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

   ___ (Other) <u>Time served. Defendant to be released on the morning of March 2, 2006 to be transported by United States Probation to CCC - Turning Point residential drug treatment program.</u>

Issued at Sacramento, CA on March 1, 2006 at __11:15__.

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal