FILED

MAR - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:90-CR-336 LKK |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| ) | |
| DONALD BREEN, ) | |
| ) | |
| Defendant. ) | |

It is hereby ORDERED that defendant Donald Breen be admitted to residential treatment at CCC-Turning Point for a minimum of three months.

3/1/06

By: _____
Lawrence K. Karlton
United States District Judge